IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM SERGES JOSEPH,<br><br>Defendant. | CR 24-96-BLG-SPW-TJC<br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

The Defendant, by consent, appeared before me on November 12, 2024, under Fed. R. Crim. P. 11 for a change of plea hearing. During the plea colloquy, Defendant requested that the hearing be vacated and his Motion To Change Plea (Doc. 27) be withdrawn.

Accordingly, IT IS RECOMMENDED that Defendant's motion to change his plea to guilty to the charge in Count 2 of the Indictment be DENIED.

NOTICE OF RIGHT TO OBJECT

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of these Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 12th day of November, 2024.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge