# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM SERGES JOSEPH,<br><br>Defendant. | CR 24-96-BLG-SPW<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

Defendant appeared before Magistrate Judge Timothy J. Cavan on November 12, 2024, for a change of plea hearing. During the plea colloquy, Defendant requested that the hearing be vacated and his Motion to Change Plea (Doc. 27) be withdrawn.

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on November 12, 2024 (Doc. 34) recommending that Defendant's motion to change his plea to guilty to the charge in Count 2 of the Indictment be DENIED. No objections having been filed within fourteen days thereof,

1

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 34) are ADOPTED IN FULL. Defendant's motion to change his plea (Doc. 27) has been denied and trial in this matter has been reset (Doc. 33).

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 27th day of November, 2024.

SUSAN P. WATTERS
United States District Judge